FILED FOR RECORD 01/25/2022 14:16:16
Shelley M. Mauterer, DY CLERK
JEFFERSON PARISH, LA

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 824-661

DIVISION " "

G

LINDA STALL ALCANTARA

VERSUS

TRISURA SPECIALTY INSURANCE COMPANY and
SINGULARITY GROUP LLC

FILED:_____    _____
                                              DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, Linda Stall Alcantara, person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana, who, with respect, shows the Court as follows:

I.

That TRISURA SPECIALTY INSURANCE COMPANY, made a party defendant herein, is a foreign insurance company authorized to do and doing business in the State of Louisiana at all times relevant hereto. That SINGULARITY GROUP LLC, made a party defendant herein, is limited liability company not authorized to do business in the State of Louisiana at all times relevant hereto. That said Defendants are liable, jointly and/or in solido, to Plaintiff for the following:

II.

That on or about September 23, 2021, Linda Stall Alcantara was operating a 2021 Nissan Rogue, traveling on Airline Highway and stopped at a traffic light in the Parish of Jefferson, State of Louisiana.

III.

That at approximately the same time and place, an unknown driver for Singularity Group LLC was operating an eighteen-wheeler directly ahead of Plaintiff's vehicle.

IV.

That at approximately the same time and place, the unknown driver reversed without warning and collided with the vehicle driven by Linda Stall Alcantara.

EXHIBIT A

V.

That the aforesaid accident sued on herein was the fault of and proximately caused by the unknown driver of Singularity Group LLC, in the following respects:

(a) by failing to maintain reasonable and proper control of the vehicle under his control upon a public road;

(b) by operating the vehicle under his control in a reckless and negligent manner; and

(c) by failing to see what should be seen.

VI.

That as a result of the aforesaid collision, Linda Stall Alcantara has sustained serious injuries to her neck and back, together with past and future mental anguish and physical suffering; past and future loss of enjoyment of life; past and future expenses for medical care; all of which entitles Plaintiff, Linda Stall Alcantara, to recover from Defendant the damages as are reasonable in the premises.

VII.

Petitioner shows that at all times mentioned hereinabove, there was in full force and effect a policy of insurance issued by Defendant, TRISURA SPECIALTY INSURANCE COMPANY, under the terms and conditions of which it agreed to insure and indemnify Defendant, TRISURA SPECIALTY INSURANCE COMPANY, from the type of liability asserted herein.

VIII.

Plaintiff shows that at all times pertinent, the unknown driver of the eighteen-wheeler, upon information and belief, was an employee of Defendant, SINGULARITY GROUP LLC, and was acting within the course and scope of his employment therewith. Therefore, said employer is liable for the negligent fault, acts, and omissions of its employee pursuant to the Louisiana Civil Code.

IX.

Petitioner shows that she seeks damages in excess of $10,000.

WHEREFORE, Petitioner, Linda Stall Alcantara, prays that Defendants, TRISURA SPECIALTY INSURANCE COMPANY and SINGULARITY GROUP LLC, and be served with a certified copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Petitioner, Linda Stall Alcantara, and against Defendants,

TRISURA SPECIALTY INSURANCE COMPANY and SINGULARITY GROUP LLC, jointly and/or in solido, for damages as are reasonable in the premises; each of said judgments to bear legal interest from the date of judicial demand until paid and for all costs of these proceedings.

RESPECTFULLY SUBMITTED:

MORRIS BART, LLC
ATTORNEY FOR PLAINTIFF
601 POYDRAS STREET, 24TH FLOOR
NEW ORLEANS, LA 70130
TELEPHONE: (504) 525-8000
FACSIMILE: (504) 910-8628
E-MAIL: Abrandhurst@morrisbart.com

BY: _____
ALAINA E. BRANDHURST, NO. LA35057

**PLEASE SERVE:**

**TRISURA SPECIALTY INSURANCE COMPANY**
By returning a certified copy of the Petition for long-arm service
210 PARK AVENUE, SUITE 1400
OKLAHOMA CITY, OK US 73102-5636

**TRISURA SPECIALTY INSURANCE COMPANY**
   Through its statutory agent under the Non-resident Motorist Act
      Louisiana Secretary of State
      8585 Archives Avenue
      Baton Rouge, Louisiana 70809

      With instructions to mail the Petition to:
      210 PARK AVENUE, SUITE 1400
      OKLAHOMA CITY, OK US 73102-5636

*[handwritten: EBR-469945  $78.72   SOS-469944  $100.00]*

**SINGULARITY GROUP**
   Through its statutory agent under the Non-resident Motorist Act
      Louisiana Secretary of State
      8585 Archives Avenue
      Baton Rouge, Louisiana 70809

      With instructions to mail the Petition to:
      2214 BLUE ROSE DRIVE
      MISSOURI CITY, TX 77459

**SINGULARITY GROUP**
By returning a certified copy of the Petition for long-arm service
2214 BLUE ROSE DRIVE
MISSOURI CITY, TX 77459